# Court of Appeals
# of the State of Georgia

ATLANTA, August 20, 2021

*The Court of Appeals hereby passes the following order*

**A22I0020. LEONARD A. SILVERSTEIN v. ELLEN S. FRAUENTHAL et al. .**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2019CV318750



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, August 20, 2021.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*